**Order filed September 26, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00440-CV

———————

## IN THE INTEREST OF A.F.G., B.N.G., A.M.G., AND J.L.G. JR., CHILDREN

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-57363**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was originally due August 7, 2017. Appellant requested an extension of time, which was granted through August 28, 2017 with the notation that no further extensions would be granted absent exceptional circumstances. On September 5, appellant requested an additional extension pointing to the exceptional circumstance of Hurricane Harvey. Hurricane Harvey struck the Texas coast on August 25, 2017. On August 28, 2017, the Supreme Court of Texas issued Misc. Docket No. 17-

9091, an emergency order directing all courts in Texas to consider disaster-related delays as good cause for modifying or suspending all deadlines in any case. Accordingly, considering the exceptional circumstances of the recent hurricane, this court granted appellant an extension through September 25, 2017 with the notation that no further extensions would be granted absent exceptional circumstances.

Appellant has requested an additional extension of time again pointing to the exceptional circumstance of Hurricane Harvey. Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). While we acknowledge the circumstances created by Hurricane Harvey, this accelerated schedule requires greater compliance with briefing deadlines.

Accordingly, we deny appellant's motion. We order appellant's appointed counsel, Donald Crane, to file appellant's brief no later than **October 5, 2017.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan.